IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASEEM GURUNG, <u>et. al.</u>,** | ) | CASE NO: 1:16-CV-0587 |
| | ) | |
| **Plaintiffs** | ) | (Judge Kane) |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA, <u>et. al.</u>,** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

**<u>MEDIATION REPORT</u>**

In accordance with the Court's mediation order, a mediation conference was held on May 1, 2017, and the results of that conference are indicated below:

\_\_\_\_\_    **<u>The case has been completely settled.</u>**

\_\_X\_\_    **<u>The case has been partially settled.</u>**  A settlement has been reached between Plaintiffs and the government defendants.  The case will proceed against Pinnacle Health Hospital and its nurses.

\_\_\_\_\_    **<u>No settlement reached.</u>**

\_\_\_\_\_    **<u>The parties have reached an impasse.  The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.</u>**

DATE: May 3, 2017

*/s/ Jeffery T. Mcguire*
_____
Signature of Mediator

Jeffrey T. McGuire
_____
Name of Mediator